NUMBER 13-00-136-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________

MARONI RIVAS, Appellant,


v.


THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the 130th District Court 

of Matagorda County, Texas.

________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, Maroni Rivas, perfected an appeal from a judgment entered by the 130th District Court of Matagorda County,
Texas, in cause number 99-J-043. Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of May, 2001.